UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL L. MOOG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:12-cv-00893-TAB-SEB |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

The Court, having found in favor of Defendant Carolyn W. Colvin and against Plaintiff Michael L. Moog, enters judgment in favor of the Defendant and against Plaintiff. Accordingly, the decision of the Commissioner is affirmed.

Dated: 9/30/2013

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Joseph W. Shull
jshull@joeshull.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov